UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                    Chapter 11

    **58 DOBBIN LLC**,                                          Case No. **23-42938 (ESS)**

                         Debtor.
-----------------------------------------------------------x

## ORDER DISMISSING CASE

      Upon the motion of William K. Harrington, United States Trustee for Region 2, filed on November 28, 2023 to dismiss or convert this case to chapter 7, pursuant to 11 U.S.C. § 1112(b), and upon the hearing held before this Court on January 4, 2024 and it appearing that appropriate notice has been given, and cause existing for the relief requested, it is

      ORDERED that the case of **58 Dobbin LLC**, commenced under chapter 11 of the Bankruptcy Code, be and hereby is dismissed pursuant to 11 U.S.C. § 1112(b); and it is further

      ORDERED, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period.



Dated: Brooklyn, New York
      January 5, 2024

                                                                             _____
                                                                               Elizabeth S. Stong
                                                          United States Bankruptcy Judge